MICHAEL N. FEUER, City Attorney- SBN 111529
THOMAS H. PETERS, Chief Assistant City Attorney- SBN 163388
CORY M. BRENTE, Supervising City Attorney- SBN 115453
LISA W. LEE, Deputy City Attorney - SBN 186495
200 North Main Street
6th Floor, City Hall East
Los Angeles, CA  90012
Email: lisa.lee@lacity.org
Phone No. (213) 978-7032 Fax No. (213) 978-8785

*Attorneys for Defendants* **CITY OF LOS ANGELES** *and* **BRETT RAMIREZ**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS VAUGHN; S.J., a minor, by and through her guardian ad litem Tiassa Powell; and D.J.A., a minor, by and through his guardian ad litem Tiassa Powell, in each case individually and as a successor in interested to Redel Jones, deceased; and HAROLD HORNE, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES; BRETT RAMIREZ; and DOES 1-10, inclusive, <br><br> Defendants. | **CASE No.: CV 16-03086 AB (AJWx)** <br> *Hon. Judge: Andre Birotte, Ctrm 7B, 7th Fl.* <br> *Mag. Judge: Andrew J. Wistrich, Ctrm 690, 6th Fl* <br><br> **DEFENDANTS' WITNESS LIST** <br><br> TRIAL:   November 7, 2017 <br> TIME:    8:30 a.m. <br> CTRM.:   7B, 7th Floor |

Pursuant to Local Rule 16-5, Defendants respectfully submit the following list of witnesses who may be called at trial:

///

///

///

1

## DEFENDANTS' WITNESS LIST

Defendants reserve the right to call any of the witnesses identified on Plaintiffs' witness list. For the Court's ease of reference and to assist in the calculation of time needed for trial, Defendants have only included those additional witnesses that Defendants intend to call at trial. Defendants also reserve their right to call any additional witnesses as necessary for impeachment or rebuttal purposes as allowed by the Local Rules of Court.

| Witness Name | Direct Party Calling | Cross | Description of Testimony | Uniqueness of Testimony |
|---|---|---|---|---|
| 1. Luis Quijada | Def; 20 mins. | | Percipient witness to use of force | Saw Jones holding a knife while running, heard officers give commands and Jones fail to comply |
| 2. Brett Ramirez | Def; 45 mins. | | Defendant involved in use of force | Facts and circumstances relating to use of deadly force |
| 3. Alonzo Iniguez | Def; 45 mins. | | Percipient witness to use of force | Partner officer to Defendant Ramirez, engaged in foot pursuit of Jones |
| 4. Kenneth Hughes | Def; 30 mins. | | Percipient witness to use of force, use of force relating to taser | Officer who engaged in foot pursuit of Jones, use of taser, witness to use of force |
| 5. Andrew Carpenter | Def; 30 mins. | | Percipient witness to use of force | Officer who engaged in foot pursuit of Jones, |

| Witness Name | Direct Party Calling | Cross | Description of Testimony | Uniqueness of Testimony |
|---|---|---|---|---|
| | | | | witness to use of force |
| 6. Nicole Evans | Def; 20 mins | | Percipient witness, LAPD officer who responded to scene | Observations as to events immediately after shooting, rendered medical aid to Jones |
| 7. Jared Miller | Def; 15 mins | | Percipient witness, LAPD officer who responded to scene | Observations as to events immediately after shooting, observed knife, crowd control |
| 8. Dara Choub* | Def; 20 mins | | Percipient witness, LAPD officer who responded to scene | Observations as to events immediately after shooting, administered aid to Jones, removed handcuffs and clothing |
| 9. Jackie Fort* | Def; 20 mins | | Percipient witness, LAPD officer who responded to scene | Observations as to events immediately after shooting |
| 10. Jared Rupe* | Def; 20 mins | | Percipient witness, LAPD officer who responded to scene | Observations as to events immediately after shooting, moved police car |
| 11. Dwayne Wilson* | Def; 20 mins | | Percipient witness, LAPD officer who responded to scene | Observations as to events immediately after shooting, secured scene and persons after shooting |
| 12. Kyle Hernandez* | Def; 20 mins | | Percipient witness, LAFD firefighter who responded to scene | Observed scene after shooting, observed Taser wires |

3

| Witness Name | Direct Party Calling | Cross | Description of Testimony | Uniqueness of Testimony |
|---|---|---|---|---|
| 13. William Collyer | Def; 20 mins | | Percipient witness, LAFD firefighter who responded to scene | Observed scene after shooting, saw knife next to Jones' body |
| 14. Sheri Mason | Def; 20 mins | | Percipient witness, Clerk from Stocker pharmacy | Observed Jones' brandishing and handling of knife, Jones' description and demeanor |
| 15. Thomas Day, Sr. | Def; 30 mins, | | Percipient witness to use of force | Saw Jones lunge at officer with knife |
| 16. Virginia Peerenboom* | Def; 15 mins | | Percipient witness to use of force | Heard officers give Jones' commands, heard gun shots |
| 17. Ashley Bruce* | Def; 15 mins | | Percipient witness to use of force | Heard officers give Jones commands, heard gunshots, saw events after shooting at scene |
| 18. Jack Baham* | Def; 15 mins | | Percipient witness, LAFD firefighter who responded to scene | Observations and assisted Jones' medical care and evaluation at scene |
| 19. Shawn Phillips* | Def; 15 mins | | Percipient wtiness, LAFD firefighter who responded to scene | Observations as and assisted Jones' medical care and evaluation at scene |
| 20. Herbert Reddick | Def; 20 mins | | Percipient witness, LAFD firefighter who responded to scene | Observations and assisted in Jones' medical care and assessment; determined time of death |
| 21. Denise Burton* | Def; 15 mins | | Coroner Investigator who | Jones' autopsy |

4

| Witness Name | Direct Party Calling | Cross | Description of Testimony | Uniqueness of Testimony |
|---|---|---|---|---|
| | | | assisted in Jones' autopsy | |
| 22. Kathleen Alvardo | Def; 20 mins | | Criminalist | Observations as to ballistics at scene and conducted examination for ballistic impacts, trajectories and projectiles |
| 23. Alan Perez | Def; 20 mins | | Criminalist | Conducted examination for ballistic impacts, trajectories and projectiles, examined Officer Ramirez' weapon Observations as to ballistics at scene |
| 24. Brian Kim | Def; 30 mins | | Coroner Investigator | Conduced examination of Jones' remains, utilized GSR kit, DNA testing of knife |
| 25. Alfred Scott* | Def; 10 mins | | Forensic Attendant | Transport of Jones' to LACFSC |
| 26. Dr. Keng-Chih Su | Def; 45 mins | | LA Deputy Medical Examiner | Performed post-mortem examination of Jones |
| 27. Donald Walters* | Def; 20 mins | | Use of Force Investigator | Investigated OIS, witness statements and present at autopsy of Jones |
| 28. Eduardo Gonzalea* | Def; 15 mins | | Use of Force Investigator | Present at autopsy of Jones |

5

| Witness Name | Direct Party Calling | Cross | Description of Testimony | Uniqueness of Testimony |
|---|---|---|---|---|
| 29. Craig Piantanida* | Def; 15 mins | | Use of Force investigator | Examination of Officer Ramirez' weapon |
| 30. Sue Pearring | Def; 20 mins | | LA Deputy Coroner Senior Criminalist | Analyzed Jones' blood |
| 31. Carole Acosta* | Def; 15 mins | | Criminalist | Testing Jones' clothing regarding distance determination, muzzle to target |
| 32. Arthur Gerio* | Def; 15 mins | | Forensic print specialist | Latent prints form knife |
| 33. Jessica Moody* | Def; 20 mins | | Criminalist | Bullet/cartridge comparison report results |
| 34. Brian Gilman* | Def; 15 mins | | LAPD officer documenting scene | Completed scene logs |
| 35. Won Lim* | Def; 20 mins | | Percipient witness, Pharmacist from Stocker pharmacy | Witness to Jones committing robbery |
| 36. Claudia Benetiz* | Def; 15 mins | | Percipient witness, LAPD officer responding to robbery | Conducted investigation relating to Jones' robbery of Stocker pharmacy |
| 37. Robert Fraga* | Def; 15 mins | | Percipient witness, LAPD officer responding to robbery | Conducted investigation relating to Jones' robbery of Stocker pharmacy |
| 38. Galo Rodriguez* | Def; 10 mins | | SID technician | Secured video tape of Jones robbing Stocker pharmacy |
| 39. Jesus Flores* | Def; 15 mins | | LAPD Detective | Conducted investigation for |

6

| Witness Name | Direct Party Calling | Cross | Description of Testimony | Uniqueness of Testimony |
|---|---|---|---|---|
| | | | | Jones' robbery at Stocker pharmacy |
| 40. Kathleen Alvarado* | Def; 10 mins | | LAPD officer who secured property from Jones after incident | Secured robbery note, money, knife, cartridges and other items related to robbery and shooting; bullet path analysis |
| 41. Brian Hun* | Def; 15 mins | | LAPD investigator | Investigator working with City Attorney's Office |
| 42. C. Acosta | Def; 15 mins | | FSD analyst | Tested firearms relating to this matter, distance determination |
| 43. A. Perez* | Def; 15 mins | | FSD analyst | Test fired Ramirez' firearm |
| 44. N. Do* | Def; 15 mins | | LAPD officer completed RACER incident notification log | Kept track of incident notifications |
| 45. Gerald Woodyard* | Def; 15 mins | | LAPD commanding officer | Commanding officer of Southwest division for this incident |
| 46. Adam Graley* | Def; 15 mins | | Percipient witness, LAPD officer responding to shooting | Responded to incident, witnessed individuals and cars' positions |
| 47. Jared Timmons* | Def; 15 mins | | Percipient witness, LAPD officer responding to shooting | Responded to incident, witnessed individuals and cars' positions |
| 48. James Katapodis | Def; 45 mins | | Expert testimony | Provide expert testimony |

| Witness Name | Direct Party Calling | Cross | Description of Testimony | Uniqueness of Testimony |
|---|---|---|---|---|
| | | | | regarding use of force |
| 49. Rocky Edwards | Def; 30 mins | | Expert testimony | Provide expert testimony regarding bullet trajectories |
| 50. Ayako Chan-Hosokawa* | | | Percipient witness, NMS Forensic Toxicologist | Conducted toxicology report |

*Denotes witnesses that may be called

Defendants reserve their right to call any additional witnesses as necessary for impeachment or rebuttal purposes as allowed by the Local Rules of Court.

DATED: September 25, 2017

                 Respectfully submitted,

                 **MICHAEL N. FEUER**, City Attorney
                 **THOMAS H. PETERS**, Chief Assistant City Attorney
                 **CORY M. BRENTE**, Senior Assist. City Attorney

                 By: /S/ *Lisa W. Lee*
                           **LISA W. LEE**, Deputy City Attorney

*Attorneys for Defendants* **CITY OF LOS ANGELES** and **BRETT RAMIREZ**