**MICHAEL N. FEUER**, City Attorney - SBN 111529
**THOMAS H. PETERS**, Chief Assistant City Attorney – SBN 163388
**CORY M. BRENTE,** Assistant City Attorney – SBN 115453
**LISA W. LEE**, Deputy City Attorney – SBN 186495
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7032
Fax No.: (213) 978-8785
Email: lisa.lee@lacity.org

*Attorneys for Defendants* **CITY OF LOS ANGELES** *and* **BRETT RAMIREZ**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS VAUGHN; S.J., a minor, by and through her guardian ad litem Tiassa Powell; and D.J.A., a minor, by and through his guardian ad litem Tiassa Powell, in each case individually and as a successor in interested to Redel Jones, deceased; and HAROLD HORNE, individually<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; BRETT RAMIREZ; and DOES 1-10, inclusive,<br><br>Defendants | **CASE NO. CV 16-03086 AB (AJWx)**<br>*Hon. Andre Birotte, Ctrm 7B, 7th Fl.*<br>*Mag. Andrew J. Wistrich, Ctrm 690, 6th Fl.*<br><br>**DEFENDANTS' [PROPOSED] SPECIAL VERDICT FORM**<br><br>P.T.C.: October 16, 2017<br>TRIAL: November 7, 2017 |

**TO THIS HONORABLE COURT:**

Pursuant to the U.S.D.C. Local Rules, Rule 16-4 and this Court's Standing Order re Civil Trial, Defendants **CITY OF LOS ANGELES** and **BRETT RAMIREZ** hereby submit their proposed Special Verdict Form.

Dated: October 2, 2017    **MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney

By: _____/s/ *Lisa W. Lee*_____
**LISA W. LEE**, Deputy City Attorney

1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS VAUGHN; S.J., a minor, by and through her guardian ad litem Tiassa Powell; and D.J.A., a minor, by and through his guardian ad litem Tiassa Powell, in each case individually and as a successor in interested to Redel Jones, deceased; and HAROLD HORNE, individually<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; BRETT RAMIREZ; and DOES 1-10, inclusive,<br><br>Defendants | **CASE NO. CV 16-03086 AB (AJWx)**<br>*Hon. Andre Birotte, Ctrm 7B, 7th Fl.*<br>*Mag. Andrew J. Wistrich, Ctrm 690, 6th Fl.*<br><br>**SPECIAL VERDICT FORM** |

WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

*QUESTION NO. 1:*

Have Plaintiffs proved by a preponderance of the evidence that Defendant Brett Ramirez used unreasonable force against Redel Jones in violation of her Fourth Amendment constitutional rights?

YES _____        NO _____

*If you answered "No", please proceed to Question No. 7.*
*If you answered "Yes", please proceed to Question 2.*

**QUESTION NO. 2:**

If you answered "Yes" to Question No. 1, was the use of unreasonable force a cause of Redel Jones' death?

          YES _____   NO _____

*If you answered "No", please proceed to Question No. 7.*
*If you answered "Yes", please proceed to Question 3.*

**QUESTION NO. 3:**

Have any of the following Plaintiffs proved by a preponderance of the evidence that Defendant Brett Ramirez violated any of the following Plaintiffs' Fourteenth Amendment Constitutional Rights to a familial association with Redel Jones' by using unreasonable force to detain her and with an unlawful purpose to harm her?

*Answer (check "Yes" or "No") following the name of each Plaintiff for whom you answer "Yes" in response to this Question:*

| | | |
|---|---|---|
| Marcus Vaughn | YES _____ | NO _____ |
| D.J.A. | YES _____ | NO _____ |
| S.J. | YES _____ | NO _____ |
| Harold Horne | YES _____ | NO _____ |

*If you answered "No" as to each Plaintiff, skip to Question No. 5.*
*If you answered "Yes" as to any Plaintiff, proceed to Question No. 4.*

3

**QUESTION NO. 4:**

For each "Yes" response to Question No. 3, do you find that one or more of the Plaintiffs have proved that Defendant Brett Ramirez's conduct was the cause of injury to that Plaintiff?

*Answer (check "Yes" or "No") following the name of only that Plaintiff for whom you answered "Yes" in response to Question 3:*

| | | |
|---|---|---|
| Marcus Vaughn | YES _____ | NO _____ |
| D.J.A. | YES _____ | NO _____ |
| S.J. | YES _____ | NO _____ |
| Harold Horne | YES _____ | NO _____ |

*Please proceed to Question No. 5.*

**QUESTION NO. 5:**

As to Plaintiffs' battery claim, have Plaintiffs proved by a preponderance of the evidence that Defendant Brett Ramirez used unreasonable force against Redel Jones in violation of California state law?

*Do not answer this question if you answered "No" to Question No. 1*

YES _____          NO _____

*If you answered "No", please proceed to Question No. 7.*
*If you answered "Yes", please proceed to Question 6.*

**QUESTION NO. 6:**

If you answered "Yes" to Question No. 5, was the use of unreasonable force a substantial factor in causing the death of Redel Jones?

YES _____          NO _____

*Please proceed to Question 7.*

4

*QUESTION NO 7:*

Have Plaintiffs proved by a preponderance of the evidence that Defendant Brett Ramirez was negligent in using deadly force against Redel Jones?

YES _____    NO _____

*If you answered "No", please proceed to Question No. 20.*
*If you answered "Yes", please proceed to Question 8.*

*QUESTION NO 8:*

If you answered "Yes" to Question No. 7, was Defendant Brett Ramirez's negligence a substantial factor in the cause of Redel Jones death?

YES _____    NO _____

*If you answered "Yes", please proceed to Question 9.*
*If you answered "No", but answered "Yes" to Question No. 2, please go to Question No. 12*

*QUESTION NO. 9:*

Was Redel Jones negligent?

YES _____    NO _____

*If you answered "No", please proceed to Question No. 11.*
*If you answered "Yes", please proceed to Question 10.*

*QUESTION NO 10:*

Was Redel Jones' negligence a substantial factor in the cause of her death?

YES _____    NO _____

*If you answered "No", but answered "Yes" to Question No. 2, please proceed to Question No. 12.*

*If you answered "Yes", please proceed to Question 11.*

**QUESTION NO. 11:**

What percentage of responsibility for Redel Jones death do you assign to each of the following persons?

| | |
|---|---|
| Defendant Brett Ramirez | _____ % |
| Redel Jones | _____ % |
| TOTAL | 100 % |

*Please proceed to Question 14.*

**QUESTION 12:**

*If you answered "yes" to Questions 2 and/or 8, answer the following question.*

*If you answered "No" to Questions 2 and/or 8, please proceed to Question 20.*

What are Redel Jones' damages for her pain and suffering? $_____

*Please proceed to Question 13.*

**QUESTION NO. 13:**

*If you answered "Yes" to Question 4, answer the following question.*

*If you answered "No" to Question 4, please proceed to Question 17.*

What are the total amount of Plaintiff Marcus Vaughn's damages for the interference with his familial relationship with his wife under the Fourteenth Amendment?        Total:    $_____

6

*Please proceed to the Question 16.*

**QUESTION NO. 14:**

*If you answered "Yes" to Question 4, answer the following question.*

*If you answered "No" to Question 4, please proceed to Question 19.*

What are the total amount of Plaintiff D.J.A.'s damages for the interference with his familial relationship with his mother under the Fourteenth Amendment?

    Total:    $ _____

**QUESTION NO. 15:**

*If you answered "Yes" to Question 4, answer the following question.*

*If you answered "No" to Question 4, please proceed to Question 19.*

What are the total amount of Plaintiff S.J.'s damages for the interference with her familial relationship with her mother under the Fourteenth Amendment?

    Total:    $ _____

**QUESTION NO. 16:**

*If you answered "Yes" to Question 4, answer the following question.*

*If you answered "No" to Question 4, please proceed to Question 19.*

What are the total amount of Plaintiff Harold Horne's damages for the interference with his familial relationship with his daughter under the Fourteenth Amendment?    Total:    $ _____

*Please proceed to the Question 19.*

**QUESTION NO. 17:**

*If you answered "Yes" to Questions 6 and/ or 8, answer the following questions.*

*If you answered "No" to Questions 6 and 8, please proceed to Question 21.*

What are the total amount of Marcus Vaughn's damages under state law?

| | |
|---|---|
| Economic | $_____ |
| Non-economic | $_____ |

*Please proceed to Question 18, if you answered "Yes" to Question 6 and/or 8.*

**QUESTION NO. 18:**

*If you answered "Yes" to Questions 6 and/ or 8, answer the following questions.*

*If you answered "No" to Questions 6 and 8, please proceed to Question 21.*

What are the total amount of D.J.A.'s damages under state law?

| | |
|---|---|
| Economic | $_____ |
| Non-economic | $_____ |

*Please proceed to Question 19, if you answered "Yes" to Question 6 and/or 8.*

**QUESTION NO. 19:**

*If you answered "Yes" to Questions 6 and/ or 10, answer the following questions.*

*If you answered "No" to Questions 6 and 10, please proceed to Question 21.*

What are the total amount of S.J.'s damages under state law?

| | |
|---|---|
| Economic | $_____ |
| Non-economic | $_____ |

*Please proceed to Question 20.*

**QUESTION NO. 20:**

*If you answered "Yes" to Questions 6 and/ or 8, answer the following questions.*

*If you answered "No" to Questions 6 and/or 8, please proceed to Question 21.*

What are the total amount of Harold Hornes' damages under state law?

    Economic          $ _____

    Non-economic        $ _____

*Please proceed to Question 21.*

**QUESTION NO. 21:**

*If you answered "Yes" to Question 2 and/or 4, please answer the following question.*

*If you answered "No" to Question 2 and 4, please sign and date this verdict form and return it to the Court.*

Have Plaintiffs proved that the conduct of Defendant Brett Ramirez was malicious, oppressive or in reckless disregard of Redel Jones' federal constitutional rights?

          YES _____    NO _____

*Please sign and date this verdict form and return it to the Court.*

Dated:_____     Signed: _____
                  Jury Foreperson

9