# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No.: | CV 16-03086-AB (AJWx) | Date: | October 9, 2019 |
| Title: | Marcus Vaughn, et al v. City of Los Angeles, et al | | |

**Present: The Honorable** ANDRÉ BIROTTE JR., United States District Judge

| Carla Badirian | Chia Mei Jui |
|---|---|
| *Deputy Clerk* | *Court Reporter* |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Dale K Galipo<br>Marcel Sincich | Cory M Brente<br>Lisa W Lee<br>Colleen Smith |

____ Day Court Trial     6th Day Jury Trial

____ One day trial:    ____ Begun (1st day);    ____ Held & Continued;    √ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by _____
____ Witnesses called, sworn and testified.    ____ Exhibits Identified    ____ Exhibits admitted.
____ Plaintiff(s) rest.    ____ Defendant(s) rest.
____ Closing arguments made by    ____ plaintiff(s)    ____ defendant(s).    ____ Court instructs jury.
____ Bailiff(s) sworn.    ____ Jury retires to deliberate.    √ Jury resumes deliberations.
√ Jury Verdict in favor of    ____ plaintiff(s)    √ defendant(s) is read and filed.
____ Jury polled.    √ Polling waived.
√ Filed Witness & Exhibit Lists    √ Filed jury notes.    ____ Filed jury instructions.
____ Judgment by Court for    ____ plaintiff(s)    ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by    ____ plaintiff(s)    ____ defendant(s).
____ Case submitted.    ____ Briefs to be filed by _____
____ Motion to dismiss by _____ is    ____ granted.    ____ denied.    ____ submitted.
____ Motion for mistrial by _____ is    ____ granted.    ____ denied.    ____ submitted.
____ Motion for Judgment/Directed Verdict by Defendants is    ____ granted.    denied.    ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
√ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
____ Case continued to _____ for further trial/further jury deliberation.
√ Other: Jury Note No. 1 is received and discussed on the record outside of the presence of the Jury. Jury Note No. 2 is received indicating that the Jury has reached a verdict. Verdict is read and placed on the record. Defendants shall submit a Proposed Judgment within 14 days.

00 : 35

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

Initials of Deputy Clerk    CB

cc: