**DUPLICATE ORIGINAL**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
OCT - 9 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Marcus Vaughn, et al )
                         Plaintiff(s), )
vs. )
City of Los Angeles, et al )
                         Defendant(s). )

CASE NO.: CV 16-03086-AB (AJWx)

JURY NOTE #: 1

TIME: 10:58 am

☐ The jury has reached a unanimous verdict.

☐ The jury advises the Court of the following:

☑ The jury requests the following:

We are having difficulty answering question #1. Can you clearly define if excessive force and unreasonable force is execulsively separate? Or can you have unreasonable force but be excessive?

Dated: 10/9/19

/s/ redacted signature
Foreperson of the Jury