DUPLICATE

ORIGINAL



FILED
CLERK, U.S. DISTRICT COURT
OCT - 9 2019
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS VAUGHN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>    Defendants. | Case No. CV 16-03086-AB (AJWx)<br><br>**SPECIAL VERDICT FORM** |

WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

**QUESTION 1:**

Did Officer Ramirez use excessive force against Redel Jones in violation of her Fourth Amendment constitutional rights?

YES _____  NO \_\_\_X_____

*If you answered "Yes," please proceed to Question 2.*
*If you answered "No," please skip Questions 2 and 3, and proceed to Question 4.*

**QUESTION 2:**

Was the use of excessive force by Officer Ramirez a cause of injury, pain, suffering, or death to Redel Jones?

YES _____  NO _____

*Please proceed to the next question.*

**QUESTION 3:**

Did Officer Ramirez use excessive force to detain Redel Jones with a purpose to harm her unrelated to legitimate law enforcement objectives?

YES _____  NO _____

*Proceed to Question 4.*

2.

**QUESTION 4:**

As to Plaintiffs' battery claim, did Officer Ramirez use unreasonable force against Redel Jones?

YES _____     NO \_\_\_X_____

*If you answered "Yes," please proceed to Question 5.*
*If you answered "No," please proceed to Question 6.*

**QUESTION 5:**

Was Officer Ramirez's use of unreasonable force a substantial factor in causing the death of Redel Jones?

YES _____     NO _____

*Please proceed to Question 6.*

**QUESTION 6:**

Did Officer Ramirez negligently use unreasonable force against Redel Jones?

YES _____     NO \_\_\_X_____

*If you answered "Yes," please proceed to Question 7.*
*If you answered "No," please sign and date this verdict form and return it to the Court.*

3.

**QUESTION 7:**

Was the negligence of Officer Ramirez a substantial factor in causing Redel Jones's death?

YES _____    NO _____

*If you answered "Yes," please proceed to Question 8.*
*If you answered "No," please sign and date this verdict form and return it to the Court.*

**QUESTION 8:**

Was Redel Jones negligent?

YES _____    NO _____

*If you answered "Yes," please proceed to Question 9.*
*If you answered "No," please sign and date this verdict form and return it to the Court.*

**QUESTION 9:**

Was Redel Jones's negligence a substantial factor in causing her death?

YES _____    NO _____

*If you answered "Yes," please proceed to Question 10.*
*If you answered "No," please sign and date this verdict form and return it to the Court.*

**QUESTION 10:**

What percentage of negligence do you assign to Officer Ramirez and which percentage of negligence do you assign to Redel Jones, which you believe caused Ms. Jones's death? (Your total must equal 100%.)

|   |   |
|---|---|
| Officer Ramirez: | _____ % |
| Redel Jones: | _____ % |
| TOTAL: | 100% |

*Please sign and date this verdict form and ret*

Dated: 10·9·19          Signed /S/ redacted signature
                                            Foreperson

5.