LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

*Attorneys for Plaintiffs MARCUS VAUGHN, S.J., a minor, by and through her guardian ad litem Tiassa Powell; D.J.A, a minor, by and through his guardian ad litem Tiassa Powell, and HAROLD HORNE*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS VAUGHN; S.J., a minor, by and through her guardian ad litem Tiassa Powell; and D.J.A, a minor, by and through his guardian ad litem Tiassa Powell, in each case individually and as a successor in interest to Redel Jones, deceased; and HAROLD HORNE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; BRETT RAMIREZ; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No. CV 16-03086 AB (AJWx)**<br><br>[*Honorable Andre Birotte, Jr.*]<br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE (FRCP 41 (a)(1)(A)(ii)**<br><br>[[Proposed] Order *filed concurrently herewith*] |

**JOINT STIPULATION TO DISMISS ACTION**

**TO THIS HONORABLE COURT**, it is hereby stipulated by and between the parties through their respective counsel of record, that Plaintiffs Marcus Vaughn, Sicare Jones, D'Artagnan Jones-Alexander, and Harold Horne, hereby move to dismiss all claims against all defendants, with prejudice, pursuant to Fed. R. Civ. Proc., Rule 41(a)(1)(A)(ii). This dismissal with prejudice includes all known and unknown claims and an explicit waiver of California Civil Code Section 1542. Each party is to bear their own attorney fees and costs.

Further, Plaintiffs voluntarily waive their right to challenge the verdict entered in favor of all defendants and waive their right to file any post-trial motions and voluntarily waive their right to an appeal. In exchange for all of the above, Defendants voluntarily waive entry of judgment and voluntarily waive their right to seek costs.

**IT IS SO STIPULATED**.

Respectfully submitted,

DATED: October 23, 2019        LAW OFFICES OF DALE K. GALIPO

By _____/s/ Dale K. Galipo_____
Dale K. Galipo
Melanie T. Partow
Marcel F. Sincich
*Attorneys for Plaintiff*

DATED: October 23, 2019        **MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS**, Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney

By: _____/s/ Lisa Lee_____
**LISA LEE**, Deputy City Attorney
*Attorneys for Defendants* **LOS ANGELES POLICE DEPARTMENT, et al,**

-1-
JOINT STIPULATION TO DISMISS ACTION