JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS VAUGHN; S.J., a minor, by and through her guardian ad litem Tiassa Powell; and D.J.A, a minor, by and through his guardian ad litem Tiassa Powell, in each case individually and as a successor in interest to Redel Jones, deceased; and HAROLD HORNE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; BRETT RAMIREZ; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No. 2:16-cv-03086-AB-AJW**<br>[*Honorable Andre Birotte Jr.*]<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE (FRCP 41 (a)(1)(A)(ii)**<br><br><br>Trial: October 1, 2019 |

-1-
ORDER

Case No. 2:16-cv-03086-AB-AJW

## [~~PROPOSED~~] ORDER

This Court, having reviewed the parties' Joint Stipulation to Dismiss Case with Prejudice, and GOOD CAUSE appearing therefore, the Stipulation is hereby GRANTED.

This case, in its entirety, is hereby dismissed with prejudice, each side to bear their own costs and fees, with all rights to file any post-trial motions and/or appeals waived.

**IT IS SO ORDERED.**

Dated: October 28, 2019

_____
Honorable Andre Birotte Jr.
United States District Court
Central District of California